UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JOSEPH EDWARD BOVIN BELSKIS,   )
                               )
           Plaintiff,          )
       v.                      )        1:13-cv-00287-JAW
                               )
SOMERSET COUNTY JAIL, et al.,  )
                               )
           Defendants.         )

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 30, 2014 his
Recommended Decision (ECF No. 27). The Plaintiff filed his objections to the
Recommended Decision on July 14, 2014 (ECF No. 28). I have reviewed and considered
the Magistrate Judge's Recommended Decision, together with the entire record; I have
made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's
Recommended Decision; and I concur with the recommendations of the United States
Magistrate Judge for the reasons set forth in his Recommended Decision, and
determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the
   Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Plaintiff's Motion to Reinstate Dismissed
   Complaint (ECF No. 23) be and hereby is <u>DENIED</u>.

3. It is further <u>ORDERED</u> that Plaintiff's Motion to Amend Complaint (ECF
   No. 24) is declared <u>MOOT</u>.

4. It is further ordered that as the Recommended Decision indicates, the Court granted the Plaintiff's motion to voluntarily dismiss his complaint without prejudice, which means that the Plaintiff is free to file a new action. However, for the reasons stated in the Recommended Decision, he may not resurrect his voluntarily dismissed action.


SO ORDERED.



/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF U.S. DISTRICT JUDGE

Dated this 11th day of August, 2014